

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2014

Nos. 04-14-00004-CR, 04-14-00005-CR, 04-14-00006-CR & 04-14-00007-CR

Devon Alexander **KANE**,
Appellant

v.

**STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court Nos. A1319, A1320, A1321 & A1322
Honorable N. Keith Williams, Judge Presiding

## O R D E R

The Court Reporter's Notification of Late Record is hereby GRANTED. The reporter's record is due March 31, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court